■ THE ,PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES HADLEY, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Order affirmed, without costs of this appeal to either party, on the ground that the application for a writ of habeas corpus is premature. All concur. (Appeal from an order of Cayuga County Court dismissing a writ of habeas corpus and remanding relator to the custody of the warden of Auburn prison.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ HOUSTON BRADLEY, Respondent, v. CITY OF NIAGARA FALLS, Appellant.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event. Memorandum: The verdict is against the weight of the evidence. Furthermore, there is no proof of compliance with the provisions of section 50-e of the General Municipal Law. One other matter requires comment. An important diagram was received in evidence. Witnesses were permitted to testify concerning it by indicating or pointing to certain parts of it without, in any way, stating into the record to which parts they referred. This resulted in much of the testimony being vague and confusing. Trial courts should cautiously guard against such practice. Clarity of a record is necessary to an intelligent review by an appellate court. All concur. (Appeal from a judgment of Niagara Trial Term for plaintiff in an action for property damage to plaintiff's premises alleged to have been caused by negligent maintenance of sewer. The order denied a motion for a new trial.) Present — McCurn, P. J., Kimball, Williams, Goldman, and Halpern, JJ.

■ LUMBERMENS MUTUAL CASUALTY COMPANY, Respondent, v. HAROLD O. PETERSON, Appellant.— Order insofar as appealed from affirmed, with $10 costs and disbursements. All concur. (Appeal from part of an order of Seneca Special Term insofar as it denies defendant's motion to dismiss plaintiff's complaint.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.